DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRENDA CORNELIUS,**
Appellant,

v.

**ARNETTA HAYWOOD,** personally and as Personal Pepresentative of the
**ESTATE OF THOMAS J. KEMP,** and **ALTAVIA EVANS,**
Appellees.

No. 4D2024-2591

[October 15, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502020CA003768.

Robert J. Hauser of Sniffen & Spellman P.A., West Palm Beach, and David M. Garten of Law Office of David M. Garten, West Palm Beach, for appellant.

Daniel T. Galo of Law Offices of Larry E. Bray, P.A., Boynton Beach, for appellee Arnetta Haywood.

PER CURIAM.

*Affirmed.*

CIKLIN and LEVINE, JJ., and HARPER, BRADLEY G., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***